IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IGOR JOSIFOV, | CV 22-121-BLG-SPW-KLD |
| Plaintiff/Counterclaim Defendant | |
| vs. | ORDER |
| TAYEB AL-HAFEZ and AL'MYRA COMMUNICATIONS, LLC | |
| Defendants/Counterclaim Plaintiffs. | |

The Court, having considered Plaintiff's Unopposed Motion for Order Requesting the U.S. Consulate to Grant Plaintiff's Travel Visa for the Purpose of Attending Court Proceedings in Montana and finding good cause therefor, hereby enters the following ORDER:

1. The Court notes that Igor Josifov is a party to litigation in Montana, U.S.A. in the above-captioned matter.

2. Mr. Josifov's physical presence in Montana is requested for various proceedings before this Court, including depositions presently scheduled for the week of January 15-19, 2024.

3. Mr. Josifov's physical presence in Montana is further requested for various other proceedings before this Court that are not yet scheduled, including other depositions, hearings, and trial.

4. To the extent that it is relevant to the consideration of Mr. Josifov's Nonimmigration Visa application, the Court hereby invites Mr. Josifov to travel to Montana, U.S.A. for the purpose of the above-mentioned proceedings.

5. The Court requests that the U.S. Consulate approve Mr. Josifov's Nonimmigration Visa application, assuming that he is otherwise qualified.

DATED this 29th day of December, 2023.

_____

Kathleen L. DeSoto
United States Magistrate Judge