IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IGOR JOSIFOV,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>TAYEB AL-HAFEZ and AL'MYRA COMMUNICATIONS, LLC<br><br>　　Defendants/Counterclaimants. | CV 22-121-BLG-SPW-KLD<br><br>ORDER |

　　A settlement conference in this matter is scheduled to take place in front of United States Magistrate Judge John Johnson on February 12, 2025. (Doc. 89). Accordingly,

　　IT IS ORDERED that this case is temporarily STAYED pending the outcome of the settlement conference. All outstanding briefing deadlines are stayed, and no further motions may be filed unless the motions relate to procedural matters associated with the upcoming settlement conference.

　　DATED this 6th day of February 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge